IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **DEREK HERNANDEZ,** | : | |
| **Plaintiff** | : | |
| v. | : | **CASE NO.  7:03-CV-108 (HL)** |
| **Sheriff GARY VOWELL, et al,** | : | |
| **Defendants** | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 50) filed August 22, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection was filed by the plaintiff to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 16th day of September, 2005.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**