IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DEREK HERNANDEZ, :
:
 Plaintiff :
:
v. : CASE NO. 7:03-CV-108 (HL)
:
:
Sheriff GARY VOWELL, et al, :
:
 Defendants :
:

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 52) filed February 9 , 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 9th day of March, 2006.

                                           s/ Hugh Lawson
                                           HUGH LAWSON, Judge
                                           United States District Court